## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   NAUTICUSS Z TYSON                §
                                          §   Case No.: 09-05151
                                          §
                                          §
                                          §
         Debtor(s)                        §

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/18/2009.

2) This case was confirmed on 07/23/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/02/2012.

5) The case was converted on 07/05/2012.

6) Number of months from filing to the last payment:  37

7) Number of months case was pending:  42

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $     5,675.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 12,354.58 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 12,354.58 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 1,710.77 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 751.83 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,462.60 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| IL STATE DISBURSEMEN | PRIORITY | 1,751.00 | 1,730.78 | 1,730.78 | .00 | .00 |
| ACCOUNT RECEIVABLE M | UNSECURED | 558.00 | NA | NA | .00 | .00 |
| ACCOUNTS RECEIVABLE | OTHER | .00 | NA | NA | .00 | .00 |
| ADVANCE AMERICA CASH | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| AM CRED AND COL | UNSECURED | 477.00 | NA | NA | .00 | .00 |
| AM CREDI & COLL | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| AMERICAN COLLECTIONS | OTHER | .00 | NA | NA | .00 | .00 |
| ARNOLD SCOTT HARRIS | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| COOK COUNTY CIRCUIT | OTHER | .00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 272.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SVC | OTHER | .00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SVC | OTHER | .00 | NA | NA | .00 | .00 |
| BALLY TOTAL FITNESS | UNSECURED | 576.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 2,780.00 | 3,067.51 | 3,067.51 | .00 | .00 |
| ARNOLD SCOTT HARRIS | OTHER | .00 | NA | NA | .00 | .00 |
| CITY CHICAGO DEPT OR | OTHER | .00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT IN | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT | OTHER | .00 | NA | NA | .00 | .00 |
| CREDIT PROTECTION AS | UNSECURED | 76.00 | NA | NA | .00 | .00 |
| CREDIT PROTECTION | OTHER | .00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 923.00 | 905.78 | 905.78 | .00 | .00 |
| CROSS COUNTRY BANK | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| SPRINT NEXTEL | UNSECURED | 958.00 | 1,067.91 | 1,067.91 | .00 | .00 |
| ENHANCED RECOVRY COR | OTHER | .00 | NA | NA | .00 | .00 |
| GATEWAY COMPUTER FIN | UNSECURED | 2,530.00 | NA | NA | .00 | .00 |
| GATEWAY COMPUTER FIN | OTHER | .00 | NA | NA | .00 | .00 |
| GATEWAY COMPUTER FIN | OTHER | .00 | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MAN | UNSECURED | 900.00 | 1,149.90 | 1,149.90 | .00 | .00 |
| IL STATE DISBURSEMEN | UNSECURED | 8,442.00 | NA | NA | .00 | .00 |
| IL STATE DISBURSEMEN | UNSECURED | 929.00 | NA | NA | .00 | .00 |
| IMC CREDIT SVC | UNSECURED | 96.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 500.00 | 29.83 | 29.83 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 505.00 | 909.66 | 909.66 | .00 | .00 |
| MIDLAND CREDIT MGNT | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST CARD SERVICES | UNSECURED | 605.00 | 805.22 | 805.22 | .00 | .00 |
| NATIONWIDE LOYOLA CU | UNSECURED | 102.00 | NA | NA | .00 | .00 |
| NATIONWIDE CREDIT | OTHER | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 976.00 | 975.59 | 975.59 | .00 | .00 |
| PROFESSIONAL ACCOUNT | UNSECURED | 59.00 | NA | NA | .00 | .00 |
| PROFESSNL ACCT MGMT | OTHER | .00 | NA | NA | .00 | .00 |
| PROFESSIONAL ACCNT M | OTHER | .00 | NA | NA | .00 | .00 |
| PROFESSNL ACCT MGMT | OTHER | .00 | NA | NA | .00 | .00 |
| REWARDS 660 | UNSECURED | 216.00 | NA | NA | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 4,055.00 | 3,500.00 | .00 | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 2,334.00 | 6,120.30 | .00 | .00 | .00 |
| CITIBANK/SEARS | UNSECURED | 2,166.00 | NA | NA | .00 | .00 |
| TRIAD FINANCIAL | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| TRIAD FINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| UNIVERSITY OF PHOENI | UNSECURED | 2,356.00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 2,213.00 | 3,614.86 | .00 | .00 | .00 |
| WELLS FARGO ED FIN S | UNSECURED | 1,333.00 | .00 | .00 | .00 | .00 |
| WICKES | UNSECURED | 1,681.00 | NA | NA | .00 | .00 |
| TRIAD FINANCIAL | SECURED | .00 | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | NA | 1,858.82 | 1,858.82 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 404.54 | 404.54 | .00 | .00 |
| NATIONAL CAPITAL MAN | UNSECURED | NA | 1,498.70 | 1,498.70 | .00 | .00 |
| PORTFOLIO ACQUISITIO | UNSECURED | NA | 307.69 | 307.69 | .00 | .00 |
| TRIAD FINANCIAL | UNSECURED | .00 | 7,416.10 | 7,416.10 | .00 | .00 |
| CAPITAL ASSET RECOVE | SECURED | 4,000.00 | 11,941.94 | 11,941.94 | 7,700.18 | 2,191.80 |
| IL STATE DISBURSEMEN | PRIORITY | NA | 8,774.53 | 8,774.53 | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | NA | 145.23 | 145.23 | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | NA | 11,292.05 | 11,292.05 | .00 | .00 |
| CAPITAL ASSET RECOVE | UNSECURED | 7,941.94 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 11,941.94 | 7,700.18 | 2,191.80 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 11,941.94 | 7,700.18 | 2,191.80 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | 21,942.59 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 1,858.82 | .00 | .00 |
| **TOTAL PRIORITY:** | 23,801.41 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 18,538.43 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,462.60 |
| Disbursements to Creditors | $ | 9,891.98 |
| **TOTAL DISBURSEMENTS:** | $ | 12,354.58 |

12)    The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   08/07/2012              /s/ Tom Vaughn
                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**